**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NINA PEREZ, | CASE NO. **CV-F-05-00449 LJO** <br> New case number |
| Plaintiff, | |
| vs. | **ORDER TO SIGN AND RETURN** <br> **MAGISTRATE JUDGE CONSENT FORM** |
| BACK 2 BACK'S, INC., | |
| Defendant. / | |

The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. At the conference, plaintiff's counsel signed the Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"). Accordingly, this Court ORDERS defense counsel to obtain a consent form, which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the counsel, no later than August 12, 2005, to sign and date the consent form and then submit the consent form to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

**The new case number shall be CV F 05-00449 LJO. All further papers shall bear the new case number.**

IT IS SO ORDERED.

**Dated:   July 12, 2005**                              /s/ Lawrence J. O'Neill
b9ed48                                                      UNITED STATES MAGISTRATE JUDGE

1