# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA PEREZ, | CASE NO. **CV-F-05-00449 LJO** |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| BACK 2 BACK'S, INC., | |
| Defendant. | |

Pursuant to the Notice of Request for Voluntary Dismissal with Prejudice filed by plaintiff on March 22, 2006 (Doc. 15 and 16), the Court herein GRANTS the request. For good cause shown, the Court DISMISSES the above entitled action with prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED.

**Dated:   October 16, 2006**           /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE

1